**WO**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Global Building Systems, Inc.; and James L. Beavers, | ) ) | No. CV-07-1065-PHX-DGC |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) ) | |
| Donald J. Brandes, | ) ) | |
| Defendant. | ) ) | |
| | ) | |

Plaintiffs have filed a motion for expedited discovery.  Dkt. #3.  The motion is premature.  Plaintiffs have not served process on Defendant.   Nor have Plaintiffs served Defendant with a copy of the instant motion.  Plaintiffs may re-file their motion once Defendant has been served.

**IT IS ORDERED** that Plaintiffs' motion for expedited discovery is **denied** without prejudice.

DATED this 13th day of June, 2007.

_____
David G. Campbell
United States District Judge